# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

WILLIE LEE DANIELS,

   Plaintiff,

v.                                            Case No: 8:17-cv-348-T-30TGW

UNITED STATES OF AMERICA,

   Defendant.

## ORDER

THIS CAUSE comes before the Court on Movant's Motion Pursuant to Rule 60(b)(1) and Rule 59(e) (Doc. 9). In his Motion, Movant claims the Court erred when it concluded that *Mathis v. United States*, 136 S. Ct. 2243, 195 L. Ed. 2d 604 (2016) did not announce a new rule of law. Movant also requests a Certificate of Appealability ("COA") as to his claim under *Mathis*.

The Court concludes the Motion should be denied. Movant's argument that *Mathis* announced a new rule of law is wrong. *See In re Hernandez*, 857 F.3d 1162, 1164 (11th Cir. 2017) ("Moreover, *Mathis* does not provide an independent basis for his application [for a second or successive § 2255 motion], as the Supreme Court's holding in *Mathis* **did not announce a 'new rule of constitutional law.'**") (emphasis added). And, as the Court previously ruled (Doc. 7), Movant is not entitled to a COA because reasonable jurists would not disagree as to whether *Mathis* announced a new rule of law, especially in light of the Eleventh Circuit's holding in *Hernandez*.

Accordingly, it is ORDERED AND ADJUDGED that:

1. Movant's Motion Pursuant to Rule 60(b)(1) and Rule 59(e) (Doc. 9) is DENIED.

2. Movant is not entitled to a COA on his § 2255 motion for the reasons stated in the Court's prior Order. (Doc. 7).

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of August, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record